THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY WILSON, individually, and NORMA WILSON, individually, and the marital community comprised thereof,<br><br>Plaintiffs,<br>vs.<br><br>SENTRY INSURANCE GROUP d/b/a DAIRYLAND INSURANCE COMPANY, a foreign insurance company, and SENTRY INSURANCE GROUP d/b/a MIDDLESEX INSURANCE COMPANY, a foreign insurance company,<br><br>Defendants. | Case No. 3:23-cv-05922-DGE<br><br>ORDER GRANTING MOTION FOR JURY TRIAL (DKT. NO. 11) |

This matter comes before the Court on the parties' Stipulated Motion For Jury Trial. Based on the parties' stipulation (Dkt. No. 11), the Court hereby orders that the issues of fact in this matter shall be tried by a jury in accordance with Federal Civil Procedure Rule 48.

DATED this 15th day of May, 2024.

David G. Estudillo
United States District Judge